IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MICHEL HERNANDEZ DELGADO,** § | | |
| Petitioner, § | | |
| § | | |
| v. § | EP-26-CV-00497-DB | |
| § | | |
| **WARDEN,** *El Paso Processing Center, et al.,* § | | |
| § | | |
| Respondents. § | | |

### ORDER

On this day, the Court considered Respondents' "Advisory to the Court for a Potential Change in Venue" ("Advisory"), ECF No. 4, filed on February 26, 2026. Therein, Respondents advise the Court that, prior to the Court issuing its "Order to Show Cause," ECF No. 2, Petitioner was transferred to the Florida Soft Side South Detention Facility, in Ochopee, Florida. ECF No. 4 at 1–2. Respondents note that "[b]ecause Petitioner is now detained in the Southern District of Florida, it is possible that venue may be changed to the that District." Further details are needed to determine whether this Court has jurisdiction.

Accordingly, **IT IS HEREBY ORDERED** that Respondents **FILE** supplemental advisory detailing the events, with time stamps, of Petitioner's removal from the district and the time this Court's relevant orders issued **no later than March 9, 2026.**

**IT IS FURTHER ORDERED** Respondents **SHALL PROVIDE** the Court a mailing address for Petitioner at the detention facility where Petitioner is now detained **no later than March 9, 2026.**

**SIGNED** this **5th** day of **March 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**